IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CRIMINAL NO. 20-CR-30114-SMY |
| ) | |
| MICHAEL J. HUFFMAN, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF FACTS

The Government and the Defendant agree and stipulate as follows:

1. Beginning on an unknown date but at least by around February 2019 and continuing until October 2, 2019, Michael J. Huffman agreed to and conspired to distribute methamphetamine with coconspirators William A. Moore, Robert Smith, Michael W. Greene, Stacey M. Barkley, and others, in St. Clair County, Illinois, within the Southern District of Illinois, and elsewhere.

2. On July 2, 2019, Moore distributed 58.7 grams of ice methamphetamine to Greene. Before that transaction occurred, Moore and Greene spoke in recorded phone calls about the sale of two ounces of ice methamphetamine. On the day of the transaction, Moore directed Huffman in a recorded call to retrieve the two ounces for Greene. Greene then arrived at the Red Apple restaurant and conducted the transaction in the parking lot inside of Moore's vehicle. Law enforcement then conducted a traffic stop of Greene and recovered the ice methamphetamine in a Ziploc bag in his waistband.

3. On July 10, 2019, Moore and Huffman discussed an incoming package of ice methamphetamine, set to arrive at the Red Apple restaurant, in recorded phone calls. Moore directed Huffman to go to the restaurant to retrieve it. Agents seized the suspected package upon

arrival and searched it pursuant to a search warrant. The package contained 6,310 grams of ice methamphetamine.

4. Throughout the course of this conspiracy, Huffman assisted Moore in receiving methamphetamine from his supplier, Smith, and distributing it in this district. His role was corroborated by physical surveillance and recorded phone conversations with Moore. Huffman assisted in the distribution of drugs to Barkley, Greene, and others.

5. Huffman stipulates that the facts set forth above prove beyond a reasonable doubt the conduct charged in Counts 1, 4, and 7 of the Indictment.

6. Huffman stipulates that the total amount of methamphetamine involved in the conspiracy which was reasonably foreseeable to all named defendants was 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine.

<u>**So Stipulated.**</u>

UNITED STATES OF AMERICA,

RACHELLE AUD CROWE
United States Attorney

_/s/ Michael J. Huffman_
MICHAEL J. HUFFMAN
Defendant

_/s/ Amanda M. Fischer_
AMANDA M. FISCHER
Assistant United States Attorney

_/s/ Robert Elovitz_
ROBERT ELOVITZ
Attorney for Defendant

Date: 7/12/22

Date: 7/6/22